# Exhibit A

| | |
|---|---|
| **From:** | Luo, Cynthia |
| **To:** | Ed Sivin |
| **Cc:** | droche@sivinandmiller.com; crastetter@sivinandmiller.com; gmiller@sivinandmiller.com |
| **Subject:** | Reese v. Williamson, et al., 22-cv-10494 |
| **Date:** | Monday, June 26, 2023 2:22:00 PM |
| **Attachments:** | Reese - Defendants" First Set of Document Demands.pdf |
| | Reese - Defendants" First Set of Interrogatories.pdf |
| | REESE-DEF 000001 to REESE-DEF 000015.pdf |
| | Reese - Defendants" Initial Rule 26A Disclosures.pdf |

Counsel,

Please see attached the following:

1. Defendants' First Set of Document Demands;
2. Defendants' First Set of Interrogatories;
3. Defendants' Initial Rule 26A Disclosures; and
4. Documents identified as REESE-DEF 000001 to REESE-DEF 000015.

Best,
Cynthia

**S. Cynthia Luo (she/her) | Assistant Attorney General**

Litigation Bureau | New York State Office of the Attorney General

28 Liberty Street | New York, New York  10005

Tel: (212) 416-8037 | cynthia.luo@ag.ny.gov