# Exhibit B

| | |
|---|---|
| **From:** | Jake Ethé |
| **To:** | Luo, Cynthia |
| **Cc:** | Ed Sivin; Glenn Miller; Stephanie Leibowitz |
| **Subject:** | Reese v. Williamson, et al. (Case No. 7:22-cv-10494) |
| **Date:** | Monday, July 24, 2023 10:00:28 AM |
| **Attachments:** | Plf."s First Request for Production of Documents & Things.pdf<br>Plf."s First Set of Interrogatories.pdf |

**[EXTERNAL]**

Dear Counselor,

Please find attached Plaintiff's First Request for Production and First Set of Interrogatories in connection with the above mentioned case. Thank you and have a nice rest of your day.

Sincerely,
--
Jake Ethé
Legal Assistant
Sivin, Miller & Roche LLP
20 Vesey Street Suite 1400
New York, N.Y. 10007
212-349-0300
212-406-9462 (fax)
http://www.SivinandMiller.com

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.