# Exhibit C

| | |
|---|---|
| **From:** | Luo, Cynthia |
| **To:** | Ed Sivin |
| **Cc:** | gmiller@sivinandmiller.com; David Roche; Jake Ethé |
| **Subject:** | RE: FW: Reese v. Williamson, et al., 22-cv-10494 |
| **Date:** | Thursday, August 3, 2023 10:38:00 AM |

Yes, that's fine. Thank you for the update.

**From:** Ed Sivin <esivin@sivinandmiller.com>
**Sent:** Thursday, August 3, 2023 1:31 PM
**To:** Luo, Cynthia <Cynthia.Luo@ag.ny.gov>
**Cc:** gmiller@sivinandmiller.com; David Roche <droche@sivinandmiller.com>; Jake Ethé <jethe@sivinandmiller.com>
**Subject:** Re: FW: Reese v. Williamson, et al., 22-cv-10494

**[EXTERNAL]**

Sorry Cynthia.  Due to recent developments, we are somewhat short-staffed now.  Would you consent to extending our time to respond to September 11?  Thank you.

On Thu, Aug 3, 2023 at 7:20 AM Luo, Cynthia <Cynthia.Luo@ag.ny.gov> wrote:

> Counsel,
>
> I just wanted to follow up on the below and to check in on when you anticipate having your responses completed. I have re-attached the files for your convenience.
>
> Thanks,
> Cynthia
>
> **From:** Luo, Cynthia
> **Sent:** Monday, June 26, 2023 2:22 PM
> **To:** Ed Sivin <esivin@sivinandmiller.com>
> **Cc:** droche@sivinandmiller.com; crastetter@sivinandmiller.com; gmiller@sivinandmiller.com
> **Subject:** Reese v. Williamson, et al., 22-cv-10494
>
> Counsel,
>
> Please see attached the following:
>
> 1. Defendants' First Set of Document Demands;
> 2. Defendants' First Set of Interrogatories;
> 3. Defendants' Initial Rule 26A Disclosures; and
> 4. Documents identified as REESE-DEF 000001 to REESE-DEF 000015.
>
> Best,

Cynthia

**S. Cynthia Luo (she/her) | Assistant Attorney General**

Litigation Bureau | New York State Office of the Attorney General

28 Liberty Street | New York, New York  10005

Tel: (212) 416-8037 | cynthia.luo@ag.ny.gov

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

--
Edward Sivin, Esq
Sivin, Miller & Roche, LLP
20 Vesey Street Suite 1400
New York, N.Y.  10007
212-349-0300
212-406-9462 (fax)
http://www.SivinandMiller.com