# Exhibit E

| | |
|---|---|
| **From:** | Luo, Cynthia |
| **To:** | Ed Sivin |
| **Cc:** | gmiller@sivinandmiller.com; David Roche |
| **Subject:** | RE: Reese v. Williamson, et al., 22-cv-10494 |
| **Date:** | Wednesday, September 13, 2023 4:54:00 PM |
| **Attachments:** | Reese - Deficiency Letter.pdf |
| | Reese - Notice to the Plaintiff of the Scheduled Deposition.pdf |

Counsel,

Please see attached.

---

**From:** Luo, Cynthia
**Sent:** Wednesday, August 23, 2023 3:17 PM
**To:** Ed Sivin <esivin@sivinandmiller.com>
**Cc:** gmiller@sivinandmiller.com; David Roche <droche@sivinandmiller.com>
**Subject:** Reese v. Williamson, et al., 22-cv-10494

Counsel,

Please see attached.

Best,
Cynthia

### S. Cynthia Luo (she/her) | Assistant Attorney General

Litigation Bureau | New York State Office of the Attorney General
28 Liberty Street | New York, New York  10005
Tel: (212) 416-8037 | cynthia.luo@ag.ny.gov



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8037

September 13, 2023

**Via Email**
Edward Sivin, Esq.
Sivin, Miller & Roche LLP
20 Vesey Street, Suite 1400
New York, NY 10007
esivin@sivinandmiller.com

    Re:    <u>Reese v. Williamson, et al.</u>, 22 Civ. 10494 (PMH)

Dear Mr. Sivin:

    As you are aware, you were served with Defendants' First Request for the Production of Documents and Defendants' First Set of Interrogatories on June 26, 2023. Pursuant to F.R.C.P. 33 and 34, you were obligated to respond to said discovery demands within thirty (30) days of service. Additionally, pursuant to the Court's June 26, 2023 Order (Dkt. No. 28), you were required to serve Defendants with your Rule 26(a) initial disclosures by July 10, 2023.

    On August 3, 2023, I followed up to inquire as to the status of Plaintiff's responses, and agreed to accommodate your request to extend the deadline to September 11, 2023. However, to date, Defendants have not received any responses to their discovery requests or Plaintiff's initial disclosures.

    Further, on August 23, 2023, I also asked for a mutually agreeable date and time on which to depose Plaintiff, to which I have also not yet received a response. We require your responses in order to take Plaintiff's deposition. If I do not receive the Rule 26(a) disclosures and responses to Defendants' document requests and interrogatories by September 20, 2023, I will have no choice but to seek court intervention.

    I am noticing Plaintiff's deposition for Friday, October 13, under the assumption that you'll be providing the outstanding discovery within the week as I have requested. As discovery is scheduled to close on October 24, 2023, I would greatly appreciate your cooperation in meeting your discovery obligations by September 20, 2023, as well as confirming Plaintiff's availability for a deposition.

Respectfully,

  /s/ S. Cynthia Luo
S. Cynthia Luo
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, NY 10005
(212) 416-8037
cynthia.luo@ag.ny.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CLAUDE REESE,

                Plaintiff,

    -Against-

ROBERT WILLIAMSON, et al.,

                Defendants.
---------------------------------------------------------------x

22 Civ. 1094 (PMH)

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30, defendants Robert Williamson, Steven Drapala, Richard Bodnar, Justin Friedlander, Clifford Donovan, Danny Lawrence, Joseph Burns, Robert Garcia, Michael Padgett, Glenroy Riley, and Andrew Milyko ("Defendants"), by their attorney Letitia James, Attorney General of the State of New York, will take the deposition of Plaintiff Claude Reese, either in person or by videoconference before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, on October 13, 2023 at 10:00 a.m. at the Office of the Attorney General, 28 Liberty Street, New York, New York 10005. The deposition will be recorded by stenographic means, and continue from day to day until completed.

**PLEASE ALSO TAKE NOTICE**, the court reporter may also be remote for the purposes of reporting the proceeding and may or may not be in the presence of the deponent.

Dated: September 13, 2023

                                                    LETITIA JAMES
                                                    Attorney General
                                                    State of New York
                                                     <u>Attorney for Defendants</u>

By:

/s/ *S. Cynthia Luo*
S. Cynthia Luo
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8037
Cynthia.Luo@ag.ny.gov