# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

**Glenn D. Miller**
**Edward Sivin\***
**David Roche**
―――――――

\*also member of NJ Bar

October 18, 2023

> In light of the parties' agreement, the discovery conference scheduled in this case for 10/23/2023 at 3:30 p.m. is CANCELED. The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 36
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 18, 2023

**Via ECF**

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Reese v. Williamson, et al.
7:22-cv-10494-PMH

Dear Judge Halpern:

The undersigned represents Plaintiff Claude Reese (hereinafter "Plaintiff") in the above-referenced matter and writes in response to the Court's order, dated October 17, 2023 (ECF No. 37), scheduling a discovery conference for October 23, 2023 and directing Plaintiff to file a response to Defendants' October 13, 2023 letter (ECF No. 36) requesting 1) a brief extension of the discovery deadline to October 27, 2023 for the limited purpose of conducting Plaintiff's deposition; and 2) an order pursuant to FRCP 37 compelling Plaintiff to attend his deposition by a date certain on or before October 27, 2023.

The parties have agreed that Plaintiff is to be deposed virtually on Friday, October 20, 2023.[1] Subject to the completion of that deposition, the parties agree that Defendants' letter request (ECF No. 36) is moot and that there is no longer a need for the October 23, 2023 discovery conference. *See* ECF No. 37.

We thank the Court for its time and consideration of this matter.

---

[1] Plaintiff has filed this response prior to Plaintiff's deposition having been completed in order to comply with the Court's October 19, 2023 deadline to respond to Defendants' letter, *see* ECF No. 37, and will write to the Court to confirm that the deposition has taken place after it concludes.

Very truly yours,<br>
**SIVIN, MILLER & ROCHE LLP**

                                  <u>s/ Edward Sivin</u>
                                  Edward Sivin
Attorneys for Plaintiff
Sivin, Miller & Roche LLP
20 Vesey Street, Suite 1400
New York, NY 10007
Telephone: (212) 349-0300
E-mail: esivin@sivinandmiller.com

cc: All parties via ECF