UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE REESE,

                Plaintiff,

- against -

ROBERT WILLIAMSON, et al.,

                Defendants.

**ORDER**

22-CV-10494 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a pre-motion conference on February 26, 2024 regarding Defendants' motion for summary judgment.

As stated on the record, the Court issued the following rulings:

1. Defendants' counsel shall file, by **March 4, 2024**, a letter informing the Court on whether Defendants intend to move for summary judgment.

2. Should Defendants choose to file a motion for summary judgment, the following briefing schedule shall govern the motion. Defendants shall serve, but not file, their motion for summary judgment on April 15, 2024. Plaintiff shall serve, but not file, his opposition on May 13, 2024. Defendants shall serve, and all motion papers shall be filed, on **May 24, 2024**.

3. The parties are directed to file their pretrial materials, as set forth in Rules 6(A) and 6(B) of the Court's Individual Practices, by **April 15, 2024**.

4. The Court will hold a pretrial conference on **May 6, 2024 at 10:00 a.m.** in Courtroom 520 of the White Plains Courthouse.

See transcript.

                                                                             **SO ORDERED.**

Dated: White Plains, New York  
         February 26, 2024

                                                          _____  
                                                          PHILIP M. HALPERN  
                                                          United States District Judge