UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE REESE,

               Plaintiff,

    -against-

ROBERT WILLIAMSON, et al.,

               Defendants.

**ORDER**

22-CV-10494 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Counsel for all parties appeared for an in-person pretrial conference on May 6, 2024. As discussed on the record, this action is scheduled as the primary back up case that may proceed to trial in place of the primary case scheduled for **August 19, 2024**, if that primary case does not go forward. The parties are on five days' notice of trial as of **May 6, 2024**. If this case does not proceed to trial on August 19, 2024, trial shall instead begin on **December 9, 2024**.

    At the conference, the Plaintiff's motion *in limine* (Doc. 60) was GRANTED IN PART and DENIED IN PART. The branch of Plaintiff's motion *in limine* seeking to preclude Defendants from offering into evidence Plaintiff's convictions or non-party witness Gregory Radcliffe's convictions is GRANTED on consent. The branch of Plaintiff's motion *in limine* seeking to preclude Defendants from offering into evidence non-party witness Luis Torres's 2014 conviction for bail jumping in the second degree is DENIED.

    As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **July 22, 2024**, a revised proposed Joint Pretrial Order.

2. The parties are directed to meet and confer and file, by **July 22, 2024**, a single, separate document representing the parties' joint summary of the case.

3. The parties shall meet and confer regarding objections in the proposed Jury Instructions and file, by **July 22, 2024**, revised proposed Jury Instructions.

4. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **July 22, 2024**, a revised proposed Verdict Sheet.

5. All of the revised pretrial materials must be filed via ECF and simultaneously e-mailed, in Word format, to Chambers e-mail at HalpernNYSDChambers@nysd.uscourts.gov.

6. Three exhibit binders containing the parties' exhibits (without duplicates), with indices listing the content of the binders shall be produced to the Court by **July 29, 2024**.

7. A final pretrial conference has been scheduled for **August 5, 2024 at 10:00 a.m.** in Courtroom 520 of the White Plains courthouse.

See Transcript.

The Clerk of the Court is respectfully directed to terminate the motion pending at Doc. 60.

SO ORDERED:

Dated: White Plains, New York
May 6, 2024

_____
PHILIP M. HALPERN
United States District Judge