UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE REESE,

               Plaintiff,

    -against-

ROBERT WILLIAMSON, et al.,

               Defendants.

**ORDER**

22-CV-10494 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court previously set this case as the back up for a primary case scheduled to proceed to trial on August 19, 2024. (Doc. 62). The parties are hereby notified that the primary case has reached a resolution, and accordingly, this case is now scheduled to proceed to jury selection and trial on **August 19, 2024 at 9:30 a.m.** in Courtroom 520 of the White Plains courthouse.

                                SO ORDERED:

Dated:   White Plains, New York
           May 8, 2024

                                PHILIP M. HALPERN
                                United States District Judge