UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CLAUDE REESE,                                      :     22-CV-10494 (PMH)
                                                   :
                            Plaintiff,             :
                                                   :     **JOINT PROPOSED VERDICT**
            - against -                            :     **FORM**
                                                   :
ROBERT WILLIAMSON, et al.,                         :
                                                   :
                            Defendants.            :
-------------------------------------------------------------- X

## I.    LIABILITY

1. Has Plaintiff Claude Reese proven by a preponderance of the evidence that any of the following Defendants used excessive force against him on May 1, 2020, in violation of his constitutional rights?

    a. Robert Williamson

        Yes _____                                          No_____

    b. Steven Drapala

        Yes _____                                          No_____

    c. Richard Bodnar

        Yes _____                                          No_____

    d. Justin Friedlander

        Yes _____                                          No_____

    e. Clifford Donovan

        Yes _____                                          No_____

    f. Danny Lawrence

        Yes _____                                          No_____

    g. Joseph Burns

        Yes _____                                          No_____

    h.    Robert Garcia

        Yes _____                                 No_____

    i.    Michael Padgett

        Yes _____                                 No_____

**If you answered "Yes" to any Defendant in Question 1, please proceed to Question 2. Then, answer Question 2 only for any Defendant that you answered "No" to in Question 1. If you answered "No" to all of Question 1, please proceed to Question 3.[1]**

2. Has Plaintiff Claude Reese proven by a preponderance of the evidence that any of the following Defendants failed to intervene to prevent or stop a use of excessive force against him by another officer on May 1, 2020, in violation of his constitutional rights?

    a.    Robert Williamson

        Yes _____                                 No_____

    b.    Steven Drapala

        Yes _____                                 No_____

    c.    Richard Bodnar

        Yes _____                                 No_____

    d.    Justin Friedlander

        Yes _____                                 No_____

    e.    Clifford Donovan

        Yes _____                                 No_____

    f.    Danny Lawrence

        Yes _____                                 No_____

---

[1] Plaintiff objects to the instructions on the grounds that, should Plaintiff be able to prove by a preponderance of the evidence that a group of law-enforcement officers present applied excessive force, then, notwithstanding that Plaintiff could fail to identify which particular named Defendant(s) applied the excessive force, the named Defendants may be still held liable for failure to intervene. *See Pereyra v. Eaddy*, No. 13-cv-4760 (PAC) (MHD), 2015 U.S. Dist. LEXIS 85209, at *25-26 (S.D.N.Y. 2015).

Plaintiff instead suggests the following instruction: "Please proceed to Question 2."

    g.   Joseph Burns

        Yes _____                                                          No_____

    h.   Robert Garcia

        Yes _____                                                          No_____

    i.   Michael Padgett

        Yes _____                                                           No_____

    j.   Glenroy Riley

        Yes _____                                                           No_____

    k.   Andrew Milyko

        Yes _____                                                           No_____

    **Please proceed to Question 3.**

3.   Has Plaintiff Claude Reese proven by a preponderance of the evidence that any of the following Defendants filed a false misbehavior report against him in retaliation for his having complained about the conditions of his confinement on May 1, 2020, in violation of his constitutional rights?

    a.   Robert Williamson

        Yes _____                                                          No_____

    b.   Justin Friedlander

        Yes _____                                                           No_____

    **If you answered "No" to all of the Defendants listed in Question 1 and "No" to All of the Defendants in Question 3, then you have reached a verdict and should proceed to Part III: Foreperson Signature, where the foreperson should sign and date the form and tell the Court Security Officer that the jury has reached a unanimous verdict.**

    **If you answered "Yes" to any of the Defendants listed in Question 1 or "Yes" to any of the Defendants listed in Question 3, please proceed to Part II: Damages.**

**II.     DAMAGES**

    **A. Compensatory Damages**

4. State the total amount of compensatory damages, if any, for which Defendants are jointly and severally liable. If you find that Plaintiff is entitled to compensatory damages, indicate the amount of compensatory damages to which he is entitled and proceed to Question 5. If you find that Plaintiff is not entitled to compensatory damages, indicate "None" and continue.

    Compensatory Award: $_____

If you found that Plaintiff is not entitled to compensatory damages, state the total amount of nominal damages to which Plaintiff is entitled. Please note that your award cannot exceed one dollar. After indicating the amount of nominal damages to which Plaintiff is entitled, proceed to Question 5.

    Nominal Award: $_____

    **B. Punitive Damages**

5. Please indicate in the space provided whether you find that Plaintiff is entitled to punitive damages from any Defendant. If so, please indicate in the "Amount" space provided below the dollar amount of punitive damages to be awarded against that Defendant. If you do not find Plaintiff is entitled to punitive damages against Defendant, leave the "Amount" space blank.

    a.  Robert Williamson

        Yes _____    No_____    Amount $_____

    b.  Steven Drapala

        Yes _____    No_____    Amount $_____

    c.  Richard Bodnar

        Yes _____    No_____    Amount $_____

    d.  Justin Friedlander

        Yes _____    No_____    Amount $_____

    e.    Clifford Donovan

        Yes _____        No_____        Amount $_____

    f.    Danny Lawrence

        Yes _____        No_____        Amount $_____

    g.    Joseph Burns

        Yes _____        No_____        Amount $_____

    h.    Robert Garcia

        Yes _____        No_____        Amount $_____

    i.    Michael Padgett

        Yes _____        No_____        Amount $_____

    j.    Glenroy Riley

        Yes _____        No_____        Amount $_____

    k.    Andrew Milyko

        Yes _____        No_____        Amount $_____

**III.**    **Foreperson Signature**

**You have reached a verdict. Your deliberations are complete. The foreperson should sign and date the form below and tell the Court Security Officer that the jury has reached a verdict.**

_____                  _____
            Date                                                                               Foreperson