UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CLAUDE REESE,

                     Plaintiff,

   -against-

ROBERT WILLIAMSON,
STEVEN DRAPALA,
RICHARD BODNAR,
JUSTIN FRIEDLANDER,
CLIFFORD DONOVAN,
DANNY LAWRENCE,
JOSEPH BURNS,
ROBERT GARCIA,
MICHAEL PADGETT,
GLENROY RILEY and
ANDREW MILYKO,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PROPOSED JOINT
STIPULATION OF FACTS**

22 Civ. 10494 (PMH)

     The parties to the above-captioned action and their counsel hereby stipulate and agree to the following facts:

    1.     On May 1, 2020, Plaintiff was incarcerated at Otisville Correctional Facility.

    2.     On May 1, 2020, Defendants Robert Williamson, Steven Drapala, Andrew Milyko, Justin Friedlander, Clifford Donovan, Danny Lawrence, Joseph Burns, Robert Garcia, and Michael Padgett were all employed by the New York State Department of Corrections and Community Supervision (DOCCS) as officers at Otisville Correctional Facility.

    3.     On May 1, 2020, Defendants Glenroy Riley and Richard Bodnar were employed by DOCCS as correction sergeants.

    4.     On May 1, 2020, Plaintiff was involved in a use-of-force incident at Otisville Correctional Facility.

5.      On May 1, 2020, two misbehavior reports were issued to Plaintiff.

6.      Plaintiff never made any grievances or complaints about the conditions of his confinement, formal or informal, directly to Defendants Williamson or Friedlander.

7.      Defendant Robert Williamson began at Otisville Correctional Facility on 9/30/1993, transferred to Eastern Correctional Facility on 4/14/2014, and then transferred back to Otisville on 2/4/2019.


Dated: New York, New York
        July 22, 2024


**SIVIN, MILLER & ROCHE, LLP**          **LETITIA JAMES**
Attorney for Plaintiff                  Attorney General of the State of New York
                                        Attorney for Defendants


/s/ Glenn Miller                        /s/ S. Cynthia Luo
By: Glenn Miller                        By: S. Cynthia Luo
20 Vesey Street, Suite 1400             Ian Ramage
New York, NY 10007                      Assistant Attorneys General
(212) 349-0300                          28 Liberty Street, 18th Floor
Email: gmiller@sivinandmiller.com       New York, NY  10005
                                        (212) 416-8037/8659
                                        Email: cynthia.luo@ag.ny.gov
                                        ian.ramage@ag.ny.gov


**SO ORDERED**:



_____
Philip M. Halpern, U.S.D.J.