UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLAUDE REESE,

                Plaintiff,

      -v-

ROBERT WILLIAMSON, et al.,

                Defendants.

**ORDER**

22-CV-10494 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person final pretrial conference on August 5, 2024. As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order (Doc. 64) and file, by **August 12, 2024**, a revised Proposed Joint Pretrial Order.

2. Defendants shall file a 2-page letter brief, by **August 12, 2024**, regarding their objections to Plaintiff's deposition designations.

3. The parties shall meet and confer and file, by **August 12, 2024**, a summary of the case that can be read to potential jurors during jury selection.

4. The parties shall revise the Proposed Verdict Form (Doc. 67) in accordance with the Court's rulings and file, by **August 12, 2024** a revised Proposed Verdict Form.

5. The parties shall revise the Proposed Joint Stipulation of Facts (Doc. 68) in accordance with the Court's comments and file, by **August 12, 2024**, a revised document titled as "Proposed Order and Stipulation of Facts."

6. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the trial exhibits and submit to chambers, by **August 12, 2024**, three exhibit binders containing pre-marked exhibits.

The parties shall appear in Courtroom 520 on **August 19, 2024 at 9:00 a.m.** for trial. The parties are directed to immediately notify the Court if they have reached a settlement.

See transcript.

SO ORDERED.

Dated: White Plains, New York
August 5, 2024

_____
PHILIP M. HALPERN
United States District Judge