UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDE REESE,

               Plaintiff,

     -v-

ROBERT WILLIAMSON, et al.,

               Defendants.

**ORDER**

22-CV-10494 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Defendants are directed to file a response to Plaintiff's Memorandum of Law in Support of Admissibility of Statements by Deceased Witness Luis Torres (Doc. 71) by **Thursday, August 15, 2024 at 12:00 p.m.**

                              **SO ORDERED.**

Dated:  White Plains, New York
         August 12, 2024

                                      _____
                                      PHILIP M. HALPERN
                                      United States District Judge