UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDE REESE,

                Plaintiff,

      -v-

ROBERT WILLIAMSON, et al.,

                Defendants.

**ORDER**

22-CV-10494 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

1. The Court directed in its August 5, 2024 Order that the parties submit, by August 12, 2024, a summary of the case that can be read to potential jurors during jury selection. The parties did not submit a summary of the case. The parties are directed to file, by **August 15, 2024 at 12:00 p.m.**, a separate document concisely summarizing Plaintiff's factual allegations and claims for relief, and Defendants' defenses, which can be read to potential jurors during jury selection.

2. The parties shall file, by **August 15, 2024 at 12:00 p.m.** a revised Joint Pretrial Order which incorporates the following revisions:

    a. The time limits for Plaintiff's witnesses shall be revised in accordance with the time limits authorized by the Court during the August 5, 2024 final pretrial conference. Specifically, Steven Drapala's time limit shall be 15 minutes; Clifford Donavan's time limit shall be 10 minutes; Danny Lawrence's time limit shall be 5 minutes; Tanisha Harris's time limit shall be 10 minutes; and Reuben Febus's time limit shall be 10 minutes.

    b. With respect to Plaintiff's exhibit list, the "Transcript of phone call from Luis Torres to his father" shall be numbered Exhibit 3A. The exhibit list should indicate that Plaintiff's Exhibit 24 ("UHS Wilson Memorial Hospital Records") is admitted. Plaintiff's Exhibit 25 ("Portions of deposition transcript of Howland") shall be removed. The trial transcript prepared by the court reporter will serve as the official record of the deposition designations.

**SO ORDERED.**

Dated: White Plains, New York
        August 13, 2024

_____
PHILIP M. HALPERN
United States District Judge