UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CLAUDE REESE,                                          :          22-CV-10494 (PMH)
                                                       :
                                      Plaintiff,       :
                                                       :
                    - against -                        :
                                                       :
ROBERT WILLIAMSON, et al.,                             :
                                      Defendants.      :
-------------------------------------------------------------- X

### SUMMARY OF THE CASE

This is a civil lawsuit. There is one plaintiff: Claude Reese; and eleven defendants:

Department of Corrections and Community Services ("DOCCS") current and former employees,

Robert Williamson, Justin Friedlander, Richard Bodnar, Clifford Donovan, Danny Lawrence,

Steven Drapala, Joseph Burns, Michael Padgett, Robert Garcia, Andrew Milyko, and Glenroy

Riley. Plaintiff has filed a lawsuit alleging that Defendants used excessive force against him

and/or failed to intervene to prevent the use of excessive force, in violation of his rights under the

Eighth Amendment, on May 1, 2020. Plaintiff also alleges that Defendants Williamson and

Friedlander retaliated against him by filing a false misbehavior report. Plaintiff seeks to recover

compensatory and punitive damages.

Defendants deny that the force used against Plaintiff was excessive, asserting instead that

the level of force used was reasonable and necessary under the circumstances and therefore deny

that an award of damages would be appropriate. Defendants Williamson and Friedlander further

deny that they retaliated against Plaintiff.