UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLAUDE REESE,

                        Plaintiff,                        22 **CIVIL** 10494 (PMH)

       -against-                                 **JUDGMENT**

ROBERT WILLIAMSON,
STEVEN DRAPALA,
RICHARD BODNAR,
JUSTIN FRIEDLANDER,
CLIFFORD DONOVAN,
DANNY LAWRENCE,
JOSEPH BURNS,
ROBERT GARCIA,
MICHAEL PADGETT,
GLENROY RILEY and
ANDREW MILYKO,

                        Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** White Plains, New York
             August 22, 2024

                                                                    DANIEL ORTIZ

So Ordered:                                               Acting Clerk of Court

                                                  BY:

    U.S.D.J.                                                  Deputy Clerk